**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PETERSEN, an individual; and on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>LOWE'S HIW, INC., a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>           Defendants. | Related Case No.: CV-11-1996-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER VACATING/CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| CHARLEEN SWANEY, an individual; and JOSEPH SARASUA, an individual; on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>LOWE'S HIW, INC., a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>           Defendants. | Case No.: C 11-03231-RS |

| | |
|---|---|
| SUSAN HURTADO, an individual; and on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>v.<br>LOWE'S HIW, INC., a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>                      Defendants. | Case No.: C 11-2193-RS |

**Hunton & Williams LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

# **[PROPOSED] ORDER**

The Court has reviewed the parties' Stipulation to Vacate or Continue Case Management Conference.

Good cause is hereby shown, and, in the interest of judicial economy and convenience, it is hereby ORDERED:

1. The further Case Management Conference currently scheduled for February 23, 2012 at 10:00 a.m. is hereby vacated/continued thirty-nine (39) days to ~~April 2, 2012 at 10:00 a.m~~. April 5, 2012 at 10:00 a.m.

2. All remaining dates, including the July 19, 2012 hearing on Plaintiffs' motions for class certification, are hereby vacated.

**IT IS SO ORDERED.**

DATED: __2/8/12_____                    _____
                                                                     Richard Seeborg
                                                      UNITED STATES DISTRICT JUDGE

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2
[PROPOSED] ORDER VACATING/CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE

23797.000901 EMF_US 38774560v2

**RELATED CASE NO. 11-CV-01996 RS**
**RELATED CASE NO. 11-CV-03231 RS**
**RELATED CASE NO. 11-CV-02193 RS**