1   James R. Patterson, State Bar No. 211102
    jim@pattersonlawgroup.com
2   PATTERSON LAW GROUP, APC
    402 West Broadway, 29th Floor
3   San Diego, CA 92101
    Telephone: (619) 756-6990
4   Facsimile: (619) 756-6991

5   *Attorneys for Plaintiffs Martin Petersen and the Class*

6   *Additional Plaintiffs' Counsel Listed on Signature Page*

7   Phillip J. Eskenazi, State Bar No. 158976
    peskenazi@hunton.com
8   Jason J. Kim, State Bar No. 221476
    kimj@hunton.com
9   HUNTON & WILLIAMS LLP
    550 South Hope Street, Suite 2000
10  Los Angeles, California 90071-2627
    Telephone: (213) 532-2000
11  Facsimile: (213) 532-2020

12  *Attorneys for Defendant Lowe's HIW, Inc.*

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16

17  MARTIN PETERSEN, an individual; and on        Related Case No. CV-11-1996-RS
    behalf of himself and all others similarly
18  situated,
                        Plaintiffs,
19                                                 **JOINT STIPULATION TO SHORTEN
          vs.                                      TIME AND [PROPOSED] ORDER
20                                                 FOR BRIEFING SCHEDULE ON
    LOWE'S HIW, INC. a Washington                  UNOPPOSED MOTION FOR
    Corporation; and DOES 2 through 50,            PRELIMINARY APPROVAL OF
21  inclusive,                                     CLASS ACTION SETTLEMENT**
                        Defendants.
22

23

24

25

26

27

28

    **JOINT STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE
    ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

CHARLEEN SWANEY, an individual; and
JOSEPH SARASUA, an individual; on
behalf of themselves and all others similarly
situated,

                    Plaintiffs,

          vs.

LOWE'S HIW, INC. a Washington
Corporation; and DOES 2 through 50,
inclusive,
                    Defendants.

Case No.: C 11-03231-RS

SUSAN HURTADO, an individual; and on
behalf of herself and all others similarly
situated,
                    Plaintiffs,

          vs.

LOWE'S HIW, INC. a Washington
Corporation; and DOES 2 through 50,
inclusive,
                    Defendants.

Case No.: C 11-2193-RS

Plaintiffs Martin Petersen ("Petersen"), Charleen Swaney ("Swaney"), Joseph Sarasua ("Sarasua"), and Susan Hurtado ("Hurtado") (collectively the "Plaintiffs") and Defendant Lowe's HIW, Inc. ("Defendant") (collectively the "Parties") hereby enter into this stipulation to shorten the briefing schedule on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion"). Specifically, the Parties stipulate that the time be shortened for Plaintiffs to file their unopposed Motion from 35 days to 21 days, and be filed no later than April 26, 2012, for hearing on May 17, 2012, subject to Court approval. None of the Parties will be prejudiced because the motion will be unopposed.

## RECITALS

**WHEREAS** on March 4, 2011, Hurtado filed the action titled *Hurtado v. Lowe's HIW, INC.,* San Francisco County Superior Court Case No. CGC-11-508816, alleging that Defendant violated California Civil Code section 1747.08 by requesting and recording Hurtado's ZIP code in connection with a credit card transaction (the "Hurtado Action").  On May 4, 2011, Defendant removed the Hurtado Action to the United States District Court for the Northern District of

1    California, and the action was assigned Case No. C 11-2193-RS;

2           **WHEREAS** on or about March 11, 2011, Petersen filed the action *Petersen v. Lowe's*

3    *HIW, INC.,* San Francisco County Superior Court Case No. CGC-11-509122, also alleging that

4    Defendant violated California Civil Code section 1747.08 by requesting and recording Petersen's

5    ZIP code in connection with a credit card transaction (the "Petersen Action").  On April 22, 2011,

6    Defendant removed the Petersen Action to the United States District Court for the Northern

7    District of California, and the action was assigned Case No. CV-11-1996-RS;

8           **WHEREAS** on or about March 23, 2011, Swaney and Sarasua filed a First Amended

9    Complaint in the action *Swaney, et al. v. Lowe's HIW, Inc*., Sacramento County Superior Court

10   Case No. 34-2011-00098395, also alleging that Defendant violated Section 1747.08 by requesting

11   and recording their ZIP codes during credit card transactions (the "Swaney Action").  On April

12   29, 2011, Defendant removed the *Swaney* Action to the United States District Court for the

13   Eastern District of California.  On June 20, 2011, the action was transferred to the United States

14   District Court for the Northern District of California where it was assigned Case No. C 11-03231-

15   RS;

16          **WHEREAS** on July 11, 2011, Defendant filed a motion to relate the Hurtado, Petersen,

17   and Swaney Actions, which the Court granted on July 15, 2011.  As a result, the Actions were

18   coordinated and assigned to The Honorable Richard Seeborg, United States District Court for the

19   Northern District of California (the "Court");

20          **WHEREAS** the Parties engaged in arms-length negotiations, and on or about October 27,

21   2011, they participated in an all-day mediation conducted by Mr. Michael E. Dickstein.  After the

22   October 27, 2011 mediation, Mr. Dickstein continued to work with the Parties, and a settlement

23   was reached as to all material terms on class benefits and notice.  The Parties have been working

24   diligently to finalize all settlement documents, have now obtained all signatures on the formal

25   Settlement Agreement and Plaintiffs are prepared to file their Motion for preliminary approval of

26   the settlement;

27          **WHEREAS**, a Case Management Conference is currently scheduled in these related cases

28   for May 17, 2012 at 10:00 a.m.;

1    **WHEREAS** Plaintiffs intend to set their unopposed Motion for hearing on May 17, 2012
2    at 1:30 p.m., and request that the Case Management Conference take place in conjunction with
3    this hearing;

4    **WHEREAS** Civil Local Rule 7-2(a) requires that a motion be noticed for a date not less
5    than 35 days after service of the motion;

6    **WHEREAS** the Parties have been working diligently to finalize all settlement documents,
7    and have now obtained all signatures on the Settlement Agreement and Plaintiffs are ready to file
8    the Motion;

9    **WHEREAS** Defendant does not intend to oppose the Motion, and therefore, no additional
10   briefing on the Motion will be filed with the Court.  Thus, there is no prejudice to the Parties for
11   shortening the time; and

12   **WHEREAS** the Parties have agreed to shorten the time for hearing and have agreed that
13   Plaintiffs' Motion may be filed no later than Thursday, April 26, 2012.

14   **NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as
15   follows:

16   Plaintiffs' Motion shall be heard on shortened notice.  Plaintiffs shall have until April 26,
17   2012 to file their Motion, which will be heard on May 17, 2012 at 1:30 p.m.

18   **IT IS SO STIPULATED.**

19   Dated: April 23, 2012                              Respectfully submitted,

20                                                      PATTERSON LAW GROUP, APC

21

22                                                      By: /s/ James R. Patterson
                                                            James R. Patterson
23                                                          *Attorneys for Plaintiffs Martin Petersen*
                                                            *and the Class*

24

25   / / /

26   / / /

27   / / /

28   / / /

**JOINT STIPULATION TO SHORTEN TIME AND [~~PROPOSED~~] ORDER FOR BRIEFING SCHEDULE
ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

2                Gene J. Stonebarger (State Bar No. 209461)
gstonebarger@stonebargerlaw.com

3                STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630

4                Telephone: (916) 235-7140
Facsimile: (916) 235-7141

5

6                By: /s/ Gene J. Stonebarger

7                    Gene J. Stonebarger
*Attorney for Plaintiff Charleen Swaney,*

8                    *Joseph Sarasua, and the Class*

9                Reed W.L. Marcy, State Bar No. 191531
rwlm@asmlawyers.com

10               AIMAN-SMITH & MARCY
7677 Oakport Street, Ste. 1020

11               Oakland, CA 94621
Telephone: (510) 562-6800

12               Facsimile: (510) 562-6830

13

14               By: /s/ Reed W.L. Marcy

15                    Reed W.L. Marcy
*Attorney for Plaintiff Susan Hurtado*

16                  *and the Class*

Phillip J. Eskenazi, State Bar No. 158976

17               peskenazi@hunton.com
Jason J. Kim, State Bar No. 221476

18               kimj@hunton.com
HUNTON & WILLIAMS LLP

19               550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

20               Telephone: (213) 532-2000
Facsimile: (213) 532-2020

21

22               By: /s/ Phillip J. Eskenazi

23                    Phillip J. Eskenazi
*Attorney for Defendant Lowe's HIW, Inc.*

24

25 ///

26 ///

27 ///

28 ///

**JOINT STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE
ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**FILER'S ATTESTATION**

The undersigned attests that all parties have concurred in the filing of this document.

Gene J. Stonebarger (State Bar No. 209461)
gstonebarger@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger
*Attorney for Plaintiff Charleen Swaney,*
*Joseph Sarasua, and the Class*

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT** time be shortened for Plaintiffs to file their Unopposed Motion for Preliminary Approval of Class Action Settlement, and that the Motion be filed no later than April 26, 2012, for hearing on May 17, 2012 at 1:30 p.m.

Date: __ 4/24/12 _____      _____
The Honorable Richard Seeborg
United States District Judge

**JOINT STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**