1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PETERSON, an individual; and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>Defendants. | Related Case No.: CV-11-1996-RS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] JUDGMENT |
| CHARLEEN SWANEY, an individual; and JOSEPH SARASUA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC. a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No.: CV-11-03231-RS |
| SUSAN HURTADO, an individual; and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. a Washington Corporation; and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No.: CV-11-2193-RS |

[~~PROPOSED~~] JUDGMENT

RELATED CASE NO. 11-CV-01996 RS
RELATED CASE NO. 11-CV-03231 RS
RELATED CASE NO. 11-CV-02193 RS

1     **WHEREAS**, on May 22, 2012, the Court granted preliminary approval to the Parties'
2 Settlement Agreement;

3     **WHEREAS**, on __August 24__, 2012, the Court granted final approval to the Parties'
4 Settlement Agreement, finding that the settlement is fair, reasonable and adequate within the
5 meaning of Rule 23(e) of the Federal Rules of Civil Procedure and applicable law; and

6     **WHEREAS**, the Settlement Class Members have released the Released Claims (as defined
7 in the Settlement Agreement) against Defendant, as set forth in the Settlement Agreement and the
8 Court's Order Granting Final Approval To Class Action Settlement ("Final Approval Order"); and

9     **WHEREAS**, the Final Approval Order dismissed with prejudice all of the claims alleged
10 against Defendant in these related actions:

11     **NOW, THEREFORE**, the Court hereby enters judgment in this case, pursuant to Federal
12 Rule of Procedure 58.

14 **IT IS SO ORDERED.**

15 Dated: __8/24__, 2012

_____
Richard Seeborg
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] JUDGMENT

23797.000901 EMF_US 38953905v2

RELATED CASE NO. 11-CV-01996 RS
RELATED CASE NO. 11-CV-03231 RS
RELATED CASE NO. 11-CV-02193 RS